STATE of Missouri, Respondent,

v.

Stephen J. LOCKHART, Appellant.

No. WD 75838.

Missouri Court of Appeals, Western District.

April 22, 2014.

Susan Hogan, Kansas City, MO, for Appellant.

Robert Bartholomew, Jr., Jefferson City, MO, for Respondent.

Before Division Three: ANTHONY R. GABBERT, P.J., VICTOR C. HOWARD, and THOMAS H. NEWTON, JJ.

## ORDER

PER CURIAM:

Mr. Stephen J. Lockhart appeals convictions of first-degree assault, § 565.050, and forcible rape, § 566.030.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).